UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVESTRIN WINE COMPANY, LLC, et al.,<br><br>              Plaintiffs,<br><br>   v.<br><br>NATURAL SELECTION 357, LLC,<br><br>              Defendant. | Case No. 14-cv-05409-HSG<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO EXTEND DEADLINES**<br><br>Re: Dkt. No. 8 |

On February 24, 2015, Plaintiffs Salvestrin Wine Company, LLC and Beckstoffer Vineyards moved this Court to extend by 90 days both the parties' deadline to file a Joint Case Management Statement and the plaintiffs' deadline to serve the complaint and summons. *See* Dkt. No. 8. Plaintiffs' motion represents that the defendant has agreed to mediate the dispute prior to service of process and that plaintiff could obtain a stipulation from defendant consenting to the requested extensions should the Court so require.

The Court **DENIES** plaintiffs' motion. However, the Court will grant a stipulation agreed to by all parties to extend those same deadlines by 45 days, assuming that such a stipulation is filed. If mediation proves fruitful and the parties believe a further extension would be constructive, the Court will consider a further request to extend these deadlines at that time.

**IT IS SO ORDERED.**

Dated: 2/26/2015

                                                                         _____
                                                                         Haywood S. Gilliam, Jr.
                                                                          United States District Judge