# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SALVESTRIN WINE COMPANY, LLC, a California limited liability company, and BECKSTOFFER VINEYARDS, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NATURAL SELECTION 357, LLC, a California limited liability company,<br><br>Defendant. | CASE NO. 3:14-cv-05409-HSG<br><br>[PROPOSED] ORDER GRANTING STIPULATION EXTENDING ALL DEADLINES TO ALLOW PARTIES TO MEDIATE |

Having reviewed Plaintiffs and Defendant's Stipulation Extending All Deadlines to Allow Parties to Mediate pursuant to Civil L.R. 6-1 and 6-2, and the Declaration of E. Patrick Ellisen in support of the same, and finding good cause therefor,

**IT IS HEREBY ORDERED** that:

1. The deadline to file the parties' Joint Case Management Statement is extended to April 16, 2015.
2. The deadline to effect service of the complaint and summons on Defendant is extended to May 25, 2015.
3. The filing of this stipulation does not constitute an appearance or substitute for actual service of the complaint and summons.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   3/6/2015

*Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE