1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SALVESTRIN WINE COMPANY, LLC, a California limited liability company, and BECKSTOFFER VINEYARDS, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NATURAL SELECTION 357, LLC, a California limited liability company,<br><br>Defendant. | CASE NO. 3:14-cv-05409-HSG<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE |

1

[~~PROPOSED~~] ORDER GRANTING STIPULATION　　　　　　　　　　　　　CASE NO. 3:14-cv-05409-HSG
OF DISMISSAL WITH PREJUDICE

Having reviewed Plaintiffs and Defendant's Stipulation of Dismissal with Prejudice, and finding good cause therefor,

**IT IS HEREBY ORDERED** that:

1. This matter is hereby dismissed in its entirety with prejudice, each party to bear their own attorney fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 7/7/2015

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING STIPULATION                               CASE NO. 3:14-cv-05409-HSG
OF DISMISSAL WITH PREJUDICE